**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50295 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00944-MMM |
| v. | |
| WILSON GLADNEY, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Margaret M. Morrow, District Judge, Presiding

Submitted February 18, 2014[**]

Before:　ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

　　Wilson Gladney appeals from the district court's judgment and challenges

the 110-month sentence imposed following his guilty-plea conviction for

distribution of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and

(b)(1)(B)(iii). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gladney's

---

　　[*]　　This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

　　[**]　　The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Gladney the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Gladney waived the right to appeal five specified issues related to his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to any sentencing issues outside the scope of the appeal waiver. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**